SLIP OPINION

Cite as 2015 Ark. 437

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered** November 19, 2015 |

**PER CURIAM**

Honorable Teresa French, circuit judge, of McGehee is appointed to the Arkansas Access to Justice Commission to fill the unexpired term of Judge Robert McCallum. This term expires on October 15, 2016. Honorable Thomas Smith, circuit judge, of Bentonville is appointed to the Arkansas Access to Justice Commission to fill the unexpired term of Judge Robin Green. This term expires on October 15, 2016. We thank Judge French and Judge Smith for accepting appointment to this important commission.

The court expresses its gratitude to Judge Green and Judge McCallum for their service to the commission.